United States District Court
Southern District of Texas
**ENTERED**
August 13, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASON TRAHAN, Individually and For Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-20-1928 |
| ROSEHILL RESOURCES, INC., | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

This action was filed on June 2, 2020. Defendant, Rosehill Resources, Inc., thereafter filed a petition in the United States Bankruptcy Court for the Southern District of Texas as Case No. 20-33695.

A petition filed under 11 U.S.C. § 301, <u>et seq.</u>, operates as a stay of the continuation of a judicial proceeding against the debtor that was commenced before the initiation of the bankruptcy proceeding. 11 U.S.C. § 362(a)(1). Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. Plaintiff may reinstate this action upon notice to this court of the discontinuance of the stay pursuant to 11 U.S.C. § 362(c)(2), provided such notice is filed within 30 days after the bankruptcy stay is discontinued.

**SIGNED** at Houston, Texas, on this 13th day of August, 2020.

---
SIM LAKE
UNITED STATES DISTRICT JUDGE